GARMAN TURNER GORDON LLP
ERIC R. OLSEN
Nevada Bar No. 3127
Email: eolsen@gtg.legal
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112

*Attorneys for Defendant MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN DORNELLAS as Trustee of the SHELLY COLLINS REVOCABLE LIVING TRUST, <br><br> Plaintiff, <br><br> v. <br><br> MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; BRIGHTHOUSE LIFE INSURANCE COMPANY and DOES 1-10 and ROE CORPORATIONS 1-10, <br><br> Defendants | CIVIL ACTION <br><br> No. 2:20-cv-0141-GMN-BNW <br><br> State Court Case No. A-19-807438-C - <br><br> **UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Defendants, Massachusetts Life Insurance Company and Brighthouse Life Insurance Company, by and through their counsel of record, respectfully move for an extension of time to respond to Plaintiff's Complaint. In support of this motion, Defendants aver as follows:

1. This Motion is unopposed as Plaintiff's counsel has consented to the requested extension of time.[1]

2. Plaintiff filed his Complaint in the District Court of Clark County Nevada on December 23, 2019. The Complaint was subsequently removed on January 21, 2020 and

---
[1] See Declaration of Eric R Olsen, attached as Exhibit A.

110279990.1

Garman Turner Gordon LLP
650 White Dr., Suite 100
Las Vegas, Nevada 89119
(725) 777-3000

responses to the Complaint are due on or before January 28, 2020 pursuant to Federal Rule of Civil Procedure 81 (c).

3. Undersigned counsel for the respective Defendants have been recently retained and are continuing to review the pleadings and investigate Plaintiff's allegations; therefore, Defendants require an extension of time to respond to the Complaint.

4. This is the first request for an extension in this matter.

WHEREFORE, Defendants Massachusetts Life Insurance Company and Brighthouse Life Insurance Company respectfully request the Court to grant this unopposed motion for an extension of time.

Dated this 27th day of January, 2020.

| **GARMAN TURNER GORDON LLP** | **LEWIS ROCA ROTHGERBER CHRISTIE LLP** |
|---|---|
| */s/ Eric R. Olsen*<br>ERIC R. OLSEN<br>Nevada Bar No. 3127<br>650 White Drive, Suite 100<br>Las Vegas, Nevada 89119<br><br>*Attorneys for Defendant*<br>*MASSACHUSETTS MUTUAL LIFE*<br>*INSURANCE COMPANY* | By: /s/ Nicole G. True<br>Nicole G. True<br>201 East Washington Street, Suite 1200<br>Phoenix, Arizona 85004-2595<br>Telephone: (602) 262-5389<br>E-mail: ntrue@lrrc.com<br><br>*Attorneys for Defendant Brighthouse*<br>*Life Insurance Company* |

Defendants' motion for an extension of time (ECF No. 4) is GRANTED. Defendants shall have an additional 30 days to respond to Plaintiff's complaint.

**IT IS SO ORDERED**

**DATED: January 30, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

Garman Turner Gordon LLP
650 White Dr., Suite 100
Las Vegas, Nevada 89119
(725) 777-3000

110279990.1

2 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of January, 2020, the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME** was submitted electronically for filing and/or service on. Electronic service via e-mail of the foregoing document shall be made in accordance with the E-Service List as follows:

David Liebrader, Esq.
601 S. Rancho Dr. STE. D 29
Las Vegas, NV 89106

Nicole G. True
Lewis Roca Rothgerber Christie LLP
201 East Washington Street, Suite 1200
Phoenix, Arizona 85004-2595
ntrue@lrrc.com

                                     */s/ CM Rowe*
                                   An employee of GARMAN TURNER GORDON

4849-4215-5185, v. 1

110279990.1

Garman Turner Gordon LLP
650 White Dr., Suite 100
Las Vegas, Nevada 89119
(725) 777-3000