GARMAN TURNER GORDON LLP
ERIC R. OLSEN
Nevada Bar No. 3127
Email: eolsen@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112

*Attorneys for Defendant MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN DORNELLAS as Trustee of the SHELLY COLLINS REVOCABLE LIVING TRUST, <br><br> Plaintiff, <br><br> v. <br><br> MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; BRIGHTHOUSE LIFE INSURANCE COMPANY and DOES 1- 10 and ROE CORPORATIONS 1-10, <br><br> Defendants | CIVIL ACTION <br><br> No. 2:20-cv-0141-GMN-BNW <br><br> State Court Case No. A-19-807438-C - <br><br> **JOINT STATUS REPORT** |

Pursuant to the Court's January 21, 2020 Minute Order [Dkt. No. 2], Plaintiff Brian Dornellas and Defendants, Massachusetts Life Insurance Company ("MassMutual") and Brighthouse Life Insurance Company ("Brighthouse") provide the following Joint Status Report:

1. Status of Action: The pleadings are not yet closed. Defendants' responses to the Complaint are due on or before February 28, 2020.

/ / /

/ / /

/ / /

/ / /

Garman Turner Gordon LLP
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

110279990.1

1 of 3

2. Statement of Action Required of Court: The parties respectfully request that, at this juncture, the Court (a) rule on any motions that may be filed in response to the Complaint; and (b) schedule an initial scheduling conference pursuant to Rule 16.

Respectfully Submitted this 20th day of February, 2020.

| **GARMAN TURNER GORDON LLP**<br><br>By: */s/ Eric R. Olsen*<br>    ERIC R. OLSEN<br>    Nevada Bar No. 3127<br>    7251 Amigo St., Suite 210<br>    Las Vegas, Nevada 89119<br><br>*Attorneys for Defendant Massachusetts Mutual Life Insurance Company* | **LEWIS ROCA ROTHGERBER CHRISTIE LLP**<br><br>By: */s/ Nicole G. True*<br>    Nicole G. True<br>    201 East Washington Street, Suite 1200<br>    Phoenix, Arizona 85004-2595<br>    Telephone: (602) 262-5389<br>    E-mail:    ntrue@lrrc.com<br><br>*Attorneys for Defendant Brighthouse Life Insurance Company* |
|---|---|
| **LAW OFFICE OF DAVID LIEBRADER, INC.**<br><br>By: */s/ David Liebrader*<br>    David Liebrader<br>    601 S. Rancho Dr. STE. D 29<br>    Las Vegas, NV 89106<br>    Telephone: (702) 380-3131<br>    E-mail:    dliebrader@gmail.com<br><br>*Attorneys for Plaintiff* | |

**IT IS ORDERED** that a scheduling conference is set for 3/12/2020 at 4:00 p.m. in LV courtroom 3B.

**IT IS SO ORDERED**

**DATED:** February 25, 2020

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of February, 2020, the foregoing **JOINT STATUS REPORT** was submitted electronically for filing and/or service on. Electronic service via e-mail of the foregoing document shall be made in accordance with the E-Service List as follows:

David Liebrader, Esquire
601 S. Rancho Dr. STE. D 29
Las Vegas, NV 89106

Nicole G. True
Lewis Roca Rothgerber Christie LLP
201 East Washington Street, Suite 1200
Phoenix, Arizona 85004-2595
ntrue@lrrc.com

                                       */s/ CM Rowe*
                                       An employee of GARMAN TURNER GORDON

4824-6826-5397, v. 1

Garman Turner Gordon LLP
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

110279990.1