DAVID LIEBRADER, ESQ.
STATE BAR NO. NV 5048
THE LAW OFFICES OF DAVID LIEBRADER
601 S. RANCHO DR. STE. D-29
LAS VEGAS, NV 89106
PH: (702) 380-3131
Attorney for Plaintiff
DaveL@investmentloss.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

IN THE MATTER BETWEEN ) Case No. 2:20-cv-00141-GMN-BNW
)
Brian Dornellas as Trustee of the Shelly Collins )
Revocable Living Trust, )
)
        PLAINTIFF, ) MOTION TO APPEAR
  v. ) TELEPHONICALLY
)
Massachusetts Mutual Life Insurance Company, )
Brighthouse Life Insurance Company and DOES 1- )
10 and ROE Corporations 1-10, )
)
        DEFENDANTS )
)
)
_____ )

## **MOTION FOR LEAVE TO APPEAR TELEPHONICALLY**

Plaintiff hereby respectfully requests that this Court grant leave for his counsel to appear telephonically, and as grounds therefor would show:

1. This Court set a Status Conference for March 12, 2020 at 4 pm.

2. Plaintiff's counsel David Liebrader is scheduled to be out of the state, in South Carolina at that time.

3. It is counsel's understanding that appearing telephonically is permissible within this District.

4. A telephonic appearance by Mr. Liebrader would not prejudice either party.

5. On March 2, 2020 Mr. Liebrader contacted both Defendants' counsel to seek consent for this motion. Neither counsel objected to the request to appear telephonically.

6. That Mr. Liebrader may be reached at 702 413 2728 at the time scheduled for the call. Alternatively, he is available to call in to a number designated by the Court

WHEREFORE, Plaintiff respectfully requests that the Court permit his counsel to appear telephonically at the Status Conference on March 12, 2020.

Dated: March 3, 2020

Respectfully submitted,

The Law Office of David Liebrader, Inc.

By: /s/ David Liebrader
David Liebrader, Esq.
The Law Office of David Liebrader, Inc.
601 S. Rancho Dr. Ste. D-29
Las Vegas, NV 89106
(702) 380-3131
DaveL@Investmentloss.com
Attorney for Plaintiff

ECF No. 19 is GRANTED. Mr. Liebrader is to dial (877) 810-9415 and enter access code 2365998 when prompted. Please contact Courtroom Administrator Jeff Miller at 702-464-5420 with any questions.

**IT IS SO ORDERED**

**DATED: March 04, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2

**CERTIFICATE OF SERVICE VIA EFILE**

Pursuant to LR 5-1, I hereby certify that I am an employee of The Law Office of David Liebrader, and I hereby certify that I electronically filed the foregoing Motion to Appear telephonically with the clerk of the court for the United states District Court for Nevada by using the district court's CM/ECF system this 3rd day of March 2020 and mailed same, via United States mail, postage prepaid to the following:

Nicole True, Esq.
Lewis Rothgerber
201 E Washington St.
Phoenix, AZ 85004
NTrue@lrrc.com

Eric Olsen, Esq.
Garman Turner
7251 Amigo St. Ste 210
Las Vegas, NV 89119
Eolsen@gtg.legal

I certify that all the participants in the case are registered CM/ECF users and that the service will be accomplished by the court's CM/ECF system to all participants.

/s/ David Liebrader
An employee of The Law Office of David Liebrader