1  Nicole G. True, Bar No. 12879
   NTrue@lrrc.com
2  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   201 East Washington Street, Suite 1200
3  Phoenix, AZ 85004
   Tel:    602.262.5311
4  Fax:    602.262.5747

5  Attorneys for Defendant
   Brighthouse Life Insurance Company

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN DORNELLAS as Trustee of the SHELLY COLLINS REVOCABLE LIVING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; BRIGHTHOUSE LIFE INSURANCE COMPANY; DOES 1-10; and ROE CORPORATIONS 1-10,<br><br>Defendants. | Case Number: 2:20-cv-00141-GMN-BNW<br><br>**JOINT MOTION FOR CONTINUANCE OF MARCH 11, 2020 SCHEDULING CONFERENCE** |
| BRIGHTHOUSE LIFE INSURANCE COMPANY<br><br>Third Party Plaintiff,<br><br>v.<br><br>BRIAN DORNELLAS as Trustee of the SHELLY COLLINS REVOCABLE LIVING TRUST; GEORGE SCHMIDT, as Trustee of the SHELLY COLLINS TESTAMENTARY TRUST; THE ESTATE OF SHELLY COLLINS, and DOES 1-10,<br><br>Counter-Defendants. | |

Defendants Brighthouse Life Insurance Company ("Brighthouse") and Massachusetts Mutual Life Insurance Company request that the scheduling conference, now set for

110674204.1

March 11, 2020 at 1:00 p.m., be continued[1].

Brighthouse's counsel, Nicole G. True, will be unable to participate by telephone because she will be taking a deposition at the time of the scheduling conference. Massachusetts Mutual Life Insurance Company's counsel also has a conflict, because he must attend a long scheduled dispositive motion hearing in Nye County at 1:30 p.m. on that date. Plaintiff's counsel confirmed on March 6, 2020, that he does not object to the continuance.

DATED this 6th day of March, 2020.

| GARMAN TURNER GORDON LLP | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
|---|---|
| By: /s/ Eric R. Olsen<br>Eric R. Olsen, Bar No. 3127<br>eolsen@gtg.legal<br>7251 Amigo Street, Suite 210<br>Las Vegas, Nevada 89119<br>Tel: (725) 777-3000<br>Fax: (725) 777-3112<br>*Attorneys for Defendant Massachusetts Mutual Life Insurance Company* | By: /s/ Nicole G. True<br>Nicole G. True, Bar No. 12879<br>NTrue@lrrc.com<br>201 East Washington Street, Suite 1200<br>Phoenix, AZ 85004<br>Tel.: 602.262.5311<br>Fax: 602.262.5747<br>*Attorneys for Defendant Brighthouse Life Insurance Company* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

- **David Liebrader**
  dliebrader@gmail.com
- **Eric R. Olsen**
  eolsen@gtg.legal, crowe@gtg.legal

/s/ Kathleen A. Topczewski

IT IS ORDERED that the hearing set for 3/11/2020 at 1:00 p.m. is rescheduled to 4/1/2020 at 3:30 p.m. in courtroom 3B. Parties may appear telephonically by dialing (877) 810-9415 and entering access code 2365998.

**IT IS SO ORDERED**

**DATED: March 06, 2020**

*(signature)*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The Court reset the conference from March 12th to March 11th by its Minute Order of March 5, 2020 [Dkt. 21].