1

2

3

4

DAVID LIEBRADER, ESQ.
STATE BAR NO. NV 5048
THE LAW OFFICES OF DAVID LIEBRADER
601 S. RANCHO DR. STE. D-29
LAS VEGAS, NV 89106
PH: (702) 380-3131
Attorney for Plaintiff
DaveL@investmentloss.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER BETWEEN ) | Case No. 2:20-cv-00141-GMN-BNW |
| Brian Dornellas as Trustee of the Shelly Collins Revocable Living Trust, ) ) ) | |
| PLAINTIFF, ) v. ) | MOTION TO CONTINUE APRIL 1, 2020 SCHEDULING CONFERENCE |
| Massachusetts Mutual Life Insurance Company, Brighthouse Life Insurance Company and DOES 1-10 and ROE Corporations 1-10, ) ) ) ) | |
| DEFENDANTS ) | |
| _____ ) | |

## **MOTION TO CONTINUE SCHEDULING CONFERENCE**

Plaintiff hereby respectfully requests that the Court reschedule the April 1, 2020 scheduling conference for either April 2 or 3.

Plaintiff's counsel is scheduled to be travelling cross country on that day, and will be "in flight" during the time set for the conference. Plaintiff's counsel has canvassed the other counsel who indicate they are available on April 2 or 3. Counsel for Brighthosue also indicated she is not available on April 1, and would join in this motion

None of the counsel object to the one or two day continuance.

This request is not made to delay or hinder the scheduling of dates in this matter.

WHEREFORE, Plaintiff respectfully requests that the Court re set the scheduling conference for April 2 or 3, 2020.

Dated: March 11, 2020

Respectfully submitted,

The Law Office of David Liebrader, Inc.

By: /s/ David Liebrader
David Liebrader, Esq.
The Law Office of David Liebrader, Inc.
601 S. Rancho Dr. Ste. D-29
Las Vegas, NV 89106
(702) 380-3131
DaveL@Investmentloss.com
Attorney for Plaintiff

IT IS ORDERED that ECF No. 24 is GRANTED. The hearing scheduled for 4/1/2020 is rescheduled to 4/2/200 at 3:30 p.m. Parties wishing to join the hearing telephonically are directed to dial (877) 810-9415 and enter access code 2365998 when prompted.

**IT IS SO ORDERED**

**DATED: March 13, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE VIA EFILE**

Pursuant to LR 5-1, I hereby certify that I am an employee of The Law Office of David Liebrader, and I hereby certify that I electronically filed the foregoing Motion to Reschedule Conference with the clerk of the court for the United states District Court for Nevada by using the district court's CM/ECF system this 11th day of March 2020 and mailed same, via United States mail, postage prepaid to the following:

Nicole True, Esq.
Lewis Rothgerber
201 E Washington St.
Phoenix, AZ 85004
NTrue@lrrc.com

Eric Olsen, Esq.
Garman Turner
7251 Amigo St. Ste 210
Las Vegas, NV 89119
Eolsen@gtg.legal

I certify that all the participants in the case are registered CM/ECF users and that the service will be accomplished by the court's CM/ECF system to all participants.

/s/ David Liebrader
An employee of The Law Office of David Liebrader