AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Brian Dornellas as trustee of the Shelly Collins Revocable Living Trust, | **DEFAULT JUDGMENT** |
| Plaintiff, | |
| v. | Case Number: 2:20-cv-00141-GMN-BNW |
| Massachusetts Mutual Life Insurance Company, et al., | |
| Defendants. | |

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

✕ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Default Judgment is hereby entered against third Party Defendant George Schmidt, as Trustee of the Shelly Collins Testamentary Trust, with respect to the claims asserted by Brighthouse in its third Party Complaint Interpleader.

9/17/2021
Date

DEBRA K. KEMPI
Clerk

/s/ J. Callo
Deputy Clerk