UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN DORNELLAS, as trustee of the Shelly Collins Revocable Living Trust,<br><br>　　　　　　　　Plaintiff,<br>　　vs.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, et al.,<br><br>　　　　　　　　Defendants. | Case No.: 2:20-cv-00141-GMN-BNW<br><br>**ORDER** |

Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Brenda Weksler, (ECF No. 59), which recommends that the Joint Motion for Interpleader Deposit of Disputed Ownership Funds, (ECF No. 50), be granted to the extent it seeks default judgment against George Schmidt as Trustee of the Shelly Collins Testamentary Trust.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id.*  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so, July 26, 2021, has passed. (*See* Min. Order, ECF No. 59).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 59), is **ACCEPTED AND ADOPTED in full**.

**IT IS FURTHER ORDERED** that the Joint Motion for Interpleader Deposit of Disputed Ownership Funds, (ECF No. 50), is **GRANTED**.

The Clerk of Court shall close the case.

**DATED** this __16__ day of September, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court