GARMAN TURNER GORDON LLP
ERIC R. OLSEN
Nevada Bar No. 3127
Email: eolsen@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112

*Attorneys for Defendant MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN DORNELLAS as Trustee of the SHELLY COLLINS REVOCABLE LIVING TRUST, <br><br> Plaintiff, <br><br> v. <br><br> MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; BRIGHTHOUSE LIFE INSURANCE COMPANY and DOES 1-10 and ROE CORPORATIONS 1-10, <br><br> Defendants | CIVIL ACTION <br><br> No. 2:20-cv-0141-GMN-BNW <br><br> State Court Case No. A-19-807438-C <br><br> **STIPULATION AND ORDER TO DISMISS DEFENDANT MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY** |

Plaintiff Brian Dornellas, as trustee of the Shelly Collins Revocable Living Trust ("Trust"), and Massachusetts Mutual Insurance Company ("MassMutual"), through their respective counsel, stipulate and agree as follows:

WHEREAS, the Trust reached a settlement of claims in this action and the Court entered an Order Granting Massachusetts Mutual's Motion for Determination of Good Faith Settlement, on September 16, 2021 (See ECF No. 63, accepting and adopting Report and Recommendations, ECF No. 59),

IT IS HEREBY STIPULATED AND AGREED that Defendant Massachusetts Mutual Life Insurance Company shall be dismissed from this case.

IT IS FURTHER STIPULATED that all parties shall bear their own attorney fees and

Garman Turner Gordon LLP
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

110279990.1

1 of 2

costs arising from these claims.

Brighthouse Life Insurance Company ("Brighthouse") has no claims against MassMutual in this action and does not object to its dismissal.

Respectfully Submitted this __ day of October 2021.

| GARMAN TURNER GORDON LLP<br><br>By: */s/ Eric R. Olsen*<br>　　ERIC R. OLSEN<br>　　Nevada Bar No. 3127<br>　　7251 Amigo St., Suite 210<br>　　Las Vegas, Nevada 89119<br><br>*Attorneys for Defendant Massachusetts Mutual Life Insurance Company* | LEWIS ROCA ROTHGERBER CHRISTIE LLP<br><br>By: */s/ Nichole G. True*<br>　　Nicole G. True<br>　　201 East Washington Street, Suite 1200<br>　　Phoenix, Arizona 85004-2595<br>　　Telephone: (602) 262-5389<br><br>*Attorneys for Defendant Brighthouse Life Insurance Company* |
|---|---|
| **LAW OFFICE OF DAVID LIEBRADER, INC.**<br><br>By: */s/ David Liebrader*<br>　　David Liebrader<br>　　601 S. Rancho Dr. STE. D 29<br>　　Las Vegas, NV 89106<br>　　Telephone: (702) 380-3131<br><br>*Attorneys for Plaintiff* | |

4877-6838-5538, v. 1

**IT IS SO ORDERED.**

Dated this  10  day of November, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Garman Turner Gordon LLP
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

110279990.1

2 of 2