# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN DORNELLAS as Trustee of the SHELLY COLLINS REVOCABLE LIVING TRUST,<br>　　　　　　　Plaintiff,<br>　vs.<br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, *et al.*,<br>　　　　　　　Defendants. | Case No.: 2:20-cv-00141-GMN-BNW<br><br>**ORDER OF DISMISSAL FOR WANT OF PROSECUTION** |

This action has been pending in this Court for more than two-hundred-seventy (270) days without any proceeding having been undertaken during such period. On August 17, 2022, the Court provided notice that if no action was taken within thirty (30) days, the Court would "enter an order of dismissal for want of prosecution." (*See* Min. Order, ECF No. 67). The parties have not taken any action, and the deadline to do so has passed. (*See id.*).

Accordingly,

**IT IS HEREBY ORDERED** that the above-entitled action is **DISMISSED WITHOUT PREJUDICE** for want of prosecution pursuant to D. Nev. Local Rule 41-1.

**DATED** this  22  day of September, 2022.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Gloria M. Navarro, District Judge
　　　　　　　　　　　　　　　　　　　United States District Court