AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

BRIAN DORNELLAS as Trustee of the SHELLY COLLINS REVOCABLE

Plaintiff,

v.

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-00141-GMN-BNW

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Defendants against Plaintiff. IT IS ORDERED that the above-entitled action is DISMISSED WITHOUT PREJUDICE.

9/22/2022
Date

DEBRA K. KEMPI
Clerk

/s/ J. Callo
Deputy Clerk